## IN THE UNITED STATES DISTRICT COURT

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (No. VI)

THIS DOCUMENT RELATES TO:                    CIVIL ACTION NO. MDL 875

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

All Cascino Vaughan Law Office
Cases on Attached Exhibit A

      Plaintiff,

  v.                                              Case No.: See Exhibit A (# cases)

Various Defendants

      Defendants.

### MOTION FOR VOLUNTARY DISMISSAL

NOW COMES the plaintiff, by their attorneys, Cascino Vaughan Law Offices, Ltd., and moves this Honorable Court to enter dismissals for the attached cases.

Date: 3/27/06

By: _____
    Attorney for Plaintiff

Cascino Vaughan Law Offices
220 S. Ashland Ave.
Chicago, IL 60607
(312)-944-0600

Central district of Illinois Rock Island Division

| Name | Case# |
|---|---|
| Goveia Edward N | 93-4052 |
| Hickman Donald E Sr | 93-4087 |
| Seats James R | 93-4090 |